UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fujifilm North America Corporation, | No. 2:21-mc-00007-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Abesons Corp., et al, | |
| Defendants. | |

Judgment Creditor, Fujifilm North America Corporation, pursuant to the provisions of Rule 4(c)(3) and Rule 4.1 of the Federal Rules of Civil Procedure and Rule 210(e) of the Local Rules of the United States District Court, Eastern District of California requests that Carl Knapp, a registered California process server, Registration #2014356229, or such other registered process server, who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the Writs and any other documents requiring service by the United States Marshal in the above case. The court grants service of process by registered process server. The U.S. Marshal's Office will remain the Levying Officer. This order resolves ECF No. 2.

IT IS SO ORDERED.

DATED: February 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE